Richard S. Yusem, P.A.
P.O. Box 696, 31 E. High Street
Somerville, NJ 08876
(908) 526-4900
RY0091
Attorney for Creditor CCT Enterprises Corporation

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re  SEVEN HILLS, INC.,

            Debtor

Case No.  08-33642

Chapter   11

Judge:    MBK

Hearing Date:  March 16, 2009
Oral Argument Waived

### NOTICE OF MOTION TO LIFT STAY

TO:   Theodore Liscinski, Jr., Esq.   Seven Hills, Inc.                Office of the U.S. Trustee
      265 Davidson Ave., Ste. 200     441 Raritan Avenue               District of New Jersey
      Somerset NJ 08873               Highland Park, NJ 08904          One Newark Center, Ste 2100
      Atty for Debtor-in-Possession   Debtor-in-Possession             Newark, NJ 07102

Richard S. Yusem, Esq., Attorney for Creditor CCT Enterprises Corporation, has filed papers with the court to lift the automatic stay so as to allow movant to proceed in NJ Superior Court with proceedings to evict the Debtor from 441 Raritan Ave, Highland Park, NJ.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to lift the automatic stay so as to allow movant to proceed in NJ Superior Court with proceedings to evict the Debtor from 441 Raritan Ave, Highland Park, NJ, or if you want the court to consider your views on the motion, then on or before March 9, 2009, you or your attorney must:

File with the court an answer explaining your position at:

Clerk, U.S. Bankruptcy Court, 402 East State Street, Trenton, NJ 08608

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Richard S. Yusem, Esq., PO Box 696, Somerville, NJ 08876

Attend the hearing scheduled to be held on , March 16, 2009, at 10:00 am in Courtroom #3, United States Bankruptcy Court, 402 East State Street, Trenton, NJ 08608.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                                            Richard S. Yusem, P.A.,

                                                            By: /s/ Richard S. Yusem

Date: February 20, 2009                                     Richard S. Yusem, Esq.